FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: **08 C 381**

Lionel Franklin

v.

Central Credit Services, Inc. & Arrow Financial Services, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Lionel Franklin

**JUDGE KENNELLY
MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) | |
| Craig M. Shapiro | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Craig M. Shapiro | |
| FIRM | |
| Horwitz, Horwitz & Associates, Ltd. | |
| STREET ADDRESS | |
| 25 E Washington St Ste 900 | |
| CITY/STATE/ZIP | |
| Chicago IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6284475 | (312) 372-8822 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐