FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Lionel Franklin

v.

Central Credit Services, Inc. & Arrow Financial Services, LLC

Case Number: **08 C 381**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Lionel Franklin

| | |
|---|---|
| NAME (Type or print) | O. Randolph Bragg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ O. Randolph Bragg |
| FIRM | Horwitz, Horwitz & Associates, Ltd. |
| STREET ADDRESS | 25 E Washington St Ste 900 |
| CITY/STATE/ZIP | Chicago IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6221983 |
| TELEPHONE NUMBER | (312) 372-8822 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ✓ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ✓ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ✓ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐