IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL CREDIT SERVICES, INC.,<br>and ARROW FINANCIAL SERVICES, LLC,<br><br>    Defendants. | NOTICE OF VOLUNTARY DISMISSAL<br><br>Civil Action No. 08-cv-381<br><br>**Judge Kennelly**<br><br>**Magistrate Judge Mason** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Lionel Franklin hereby dismisses Defendants Central Credit Services, Inc. and Arrow Financial Services, LLC with prejudice and states the following in support:

1. Plaintiff filed his Complaint on January 17, 2008. (Docket # 1).
2. Defendants have not served an answer or motion for summary judgment.

WHEREFORE, Plaintiff Lionel Franklin hereby dismisses Defendants Central Credit Services, Inc. and Arrow Financial Services, LLC with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

February 29, 2008
 s/ Craig M. Shapiro
Craig M. Shapiro
O. Randolph Bragg
HORWITZ, HORWITZ & ASSOCIATES, LTD..
25 East Washington Street Suite 900
Chicago, Illinois 60602
(312) 372-8822
(312) 372-1673  (Facsimile)

ATTORNEYS FOR PLAINTIFF